# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-189 (3) (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| MARCHELLO DION JEFFERSON, | |
| Defendant. | |

---

W. Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN, for defendant.

This matter comes before the Court on the defendant's motion to seal document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that defendant's motion to seal document [docket no. 897] is **GRANTED**. Defendant shall be allowed to file the documents he has submitted under seal.

DATED: May 6, 2009
at Minneapolis, Minnesota

                                                           s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                              United States District Judge