# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MARCHELLO DION JEFFERSON,

                Defendant.

Criminal No. 07-189 (3) (JRT/JSM)

**ORDER**

W. Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Marchello Dion Jefferson, #11175-041, FCI – Fort Dix, Post Office Box 2000, Fort Dix, NJ 08640, pro se defendant.

The defendant has filed a pro se motion for relief [Docket No. 989]. **IT IS HEREBY ORDERED** that the government shall respond to said motion by July 26, 2010.

Dated: July 12, 2010
at Minneapolis, Minnesota

                         s/ John R. Tunheim
                       JOHN R. TUNHEIM
               United States District Judge